**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  06-cr-00245-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RONALD GRIMES,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant has filed a Motion to Correct Clerical Error (Doc 36 - filed December 6, 2010).   Government has **up to and including December 21, 2010** to file a response.

Dated:  December 7, 2010